J-S22007-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| JOSEPH PIOLE, | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | : | |
| v. | : | |
| DAVID NICELY, NICELY CONTRACTING, | : | |
| Appellee | : No. 645 WDA 2014 | |

Appeal from the Judgment Entered March 24, 2014,
in the Court of Common Pleas of Allegheny County,
Civil Division, at No(s): AR 12-004250

BEFORE:   PANELLA, LAZARUS, and STRASSBURGER, JJ.*

DISSENTING MEMORANDUM BY STRASSBURGER, J.:   **FILED MAY 29, 2015**

Although I recognize that Appellant's compliance with our appellate briefing rules is minimal at best, he does present the same issues on appeal that were raised in post-trial motions and addressed by the Honorable W. Terrence O'Brien in his well-reasoned opinion dated May 27, 2014. Accordingly, I would affirm the judgment on that basis.

*Retired Senior Judge assigned to the Superior Court.